# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0176
L.T. Case No. 16-1996-CF-5225-A

_____

ROBERT THOMAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Tatiana Radi Salvador, Judge.

Robert Thomas, Monticello, pro se.

James Uthmeier, Attorney General, and Robert Charles Lee,
Assistant Attorney General, Tallahassee, for Appellee.

March 4, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., and BOATWRIGHT and KILBANE, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————